# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE L. MCRAE,                         :

      Petitioner              :       CIVIL ACTION NO. 3:19-1070

  v.                                    :              (JUDGE MANNION)

DAVID EBBERT, Warden,                   :

      Respondent              :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 30, 2020**
19-1070-01-Order